# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                       CASE NO.:  19-40085-DDC

JAMES E. FREEMAN,

      Defendant.

# INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

18 U.S.C. § 2113(a)
(Bank Robbery)

That on or about September 4, 2019, in the District of Kansas, the defendant,

JAMES E. FREEMAN,

by force, violence, and intimidation, did take from the person or presence of a bank employee, money and property and a thing of value, namely United States currency,

1

belonging to and in the care, custody, control, management and possession of US Bank, 719 South Kansas Ave, Topeka, Kansas, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

# A TRUE BILL

September 18, 2019 /s/ Foreperson
Date FOREPERSON OF THE GRAND JURY

JARED S. MAAG, Ks.S.Ct. No. 17222
Assistant United States Attorney
*for* STEPHEN R. MCALLISTER
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 S.E. Quincy, Suite 290
Topeka, Kansas 66683
Ph: 785.295.2850
Fax: 785.295.2853
Email: Stephen.McAllister@usdoj.gov
Ks.S.Ct. No. 15845

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## PENALTIES

- A term of imprisonment not to exceed twenty (20) years.
  18 U.S.C. § 2113(a)

- A fine not to exceed $250,000.00.
  18 U.S.C. § 3571(b)(3)

- Or both.

- A term of supervised release not to exceed three (3) years.
  18 U.S.C. § 3583(b)(2)

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A)